# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CASSANDRA M. MENOKEN,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 16-2480 (RMC) |
| **VICTORIA A. LIPNIC, Acting Chair,** **Equal Employment Opportunity Commission,** | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's Motion for Reconsideration, Dkt. 17, is **DENIED**; and it is

**FURTHER ORDERED** that Ms. Menoken may file a Motion for Leave to File a Second Amended Complaint no later than August 9, 2018. If no motion is filed, this case will be closed at that time.

Date: July 19, 2018

/s/
ROSEMARY M. COLLYER
United States District Judge