**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CASSANDRA M. MENOKEN,<br><br>                Plaintiff,<br><br>        v.<br><br>CHARLOTTE A. BURROWS, UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>                Defendant. | Case No. 1:16-cv-02480-DLF |

**NOTICE OF APPEARANCE FOR THE LIMITED PURPOSE OF MEDIATION**

      COMES NOW, Raymond C. Baldwin of Seyfarth Shaw LLP, and for his notice of appearance for the limited appearance of mediation states:

      1.    The Circuit Mediator contacted undersigned counsel and following the opportunity to speak with Ms. Menoken, Raymond C. Baldwin enters his appearance as attorney for Plaintiff Cassandra Menoken, for the limited purpose of mediation only.

      2.    Ms. Menoken consents to this representation for the limited purposes of mediation only, and understands and agrees that she remains responsible for and must continue to represent herself with respect to matters other than mediation.

      Respectfully submitted,

*/s/ Raymond C. Baldwin*
Raymond C. Baldwin (DC Bar No. 461514)
SEYFARTH SHAW LLLP
975 F Street NW
Washington, DC 20004
rbaldwin@seyfarth.com
T: (202) 463-2400
F: (202) 828-5393

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically on October 4, 2023, through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Raymond C. Baldwin*

Mediation Counsel for Cassandra Menoken