UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA M. MENOKEN,<br><br>      Plaintiff,<br><br>  v.<br><br>CHARLOTTE A. BURROWS,<br>Chair, U.S. Equal Employment Opportunity Commission,<br><br>      Defendant. | Civil Action No. 16-2480 (DLF) |

## JOINT STATUS REPORT

Plaintiff Cassandra M. Menoken and Defendant, the Chair of the Equal Employment Opportunity Commission ("EEOC"), respectfully submit this joint status report pursuant to the Court's August 3, 2023 Minute Order.

### Plaintiff's Position

Plaintiff reports that mediation was not successful and that Plaintiff proposes to proceed on the schedule set forth in the Court's August 3, 2023 Minute Order.

### Defendant's Position

1.    The parties did not resolve this case through mediation, and Defendant anticipates that the jury trial will occur as scheduled on January 17, 2024.

2.    Pursuant to the Court's August 3, 2023, Minute Order, the following deadlines are in place: (1) any pre-trial motions, including motions in limine, are due November 3, 2023; (2) any oppositions to motions are due November 17, 2023; (3) any replies are due November 24, 2023; (4) a motions hearing is set for December 5, 2023, at 10:00 a.m.; (4) a pre-trial conference is set for January 4, 2024, at 10:00 a.m.; and (5) trial is set for January 17, 2024, at 9:00 a.m.

3. Defendant seeks clarification regarding the Court's preference as to the pretrial filings, including deadlines for the pretrial statement. At present, the Court's Scheduling Order does not contemplate deadlines for the exchange or filing of a pretrial statement. *See* Aug. 3, 2023, Min. Order. Local Civil Rule 16.5(a)(2) requires that "[n]ot less than 14 days prior to the final Pretrial Conference, each party shall file and serve on every other party a Pretrial Statement, in the form prescribed by subparagraph (b) of this Rule." Assuming the Court's January 4, 2023, Pretrial Conference is the final one, Defendant understands that the parties' separate filings are due no later than December 21, 2023, but Defendant defers to the Court's preference.

| | |
|---|---|
| Dated: October 25, 2023<br>　　　　Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |
| */s/ Cassandra M. Menoken*<br>CASSANDRA M. MENOKEN, *Plaintiff*<br>131 Tennessee Avenue NE<br>Washington, D.C. 20002<br>202.546.7671<br>CMMEsqDC@gmail.com | By:　　　　/s/ *Douglas C. Dreier*<br>　　BRENDA GONZÁLEZ HOROWITZ<br>　　DOUGLAS C. DREIER<br>　　　D.C. Bar #1020234<br>　　Assistant United States Attorney<br>　　601 D Street, NW<br>　　Washington, DC 20530<br>　　(202) 252-2551<br><br>*Attorneys for the United States of America* |