IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA M. MENOKEN<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE A. BURROWS, *Chair, United States Equal Employment Opportunity Commission,*<br><br>Defendant. | Case No. 1:16-cv-02480 (DLF) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE ENTER THE APPEARANCE of THERESA KRAFT of the law firm WILT TOIKKA KRAFT, LLP., as counsel in this case on behalf of plaintiff Cassandra M. Menoken. Ms. Kraft is admitted to practice in this Court.

Dated: October 31, 2023,                Respectfully submitted,


*/s/ Theresa Kraft*
Theresa Kraft, esq.
DC Bar No. 1741565
WILT TOIKKA KRAFT, LLP
1629 K Street NW, Suite 300
Washington, DC 20006
603-568-2464 (cell)
tkraft@wtk-law.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October 2023, a copy of the foregoing **NOTICE OF APPEARANCE** was served on counsel for Defendant using the CM/ECF filing system.

> */s/ Theresa Kraft*
> Theresa Kraft, Esq.
> WILT TOIKKA KRAFT, LLP
> 1629 K Street, NW, Suite 300
> Washington, DC 20006
> 603-568-2464
> tkraft@wtk-law.com