# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CASSANDRA M. MENOKEN,

*Plaintiff*,

v.

CHARLOTTE A. BURROWS, *et al.*,

*Defendants*.

No. 16-cv-2480 (DLF)

## VOIR DIRE (**PROPOSED**)

**Individuals Involved**

1.      The plaintiff in this action is Cassandra M. Menoken, who lives in the Washington, DC area.  Do you know or does your family know Ms. Menoken or her family?

2.      The defendants in this action are Charlotte A. Burrows, currently the chair of the U.S. Equal Employment Opportunity Commission, and the U.S. Equal Employment Opportunity Commission itself.  Do you know or have you worked for Ms. Burrows?  Have you worked for, or are you otherwise connected with, the Commission?

3.      The plaintiff in this action is represented by Theresa Kraft of the law firm Wilt Tokkia Kraft LLP, located in Washington, DC.  Do you know, or have you had any business or social dealings with, Ms. Kraft or her law firm?

4.      The defendants in this action are represented by Douglas C. Dreier and Brenda A. Gonzalez Horowitz, both of the U.S. Department of Justice.  Do you know, or have you or a member of your family had business or social dealings with, Mr. Dreier or Ms. Gonzalez Horowitz individually or with the Department of Justice?

5.      The following persons may be called as witnesses: (read witness list).  Are you related to or acquainted with, or do you maintain any business or social relationship with, any of these individuals?

6.      The Courtroom Deputy is Jonathan Hopkins and the court reporter is Sara Wick. My law clerks are to my left and my right in the courtroom.  Do you know me or any member of my staff?

7.      Look around the courtroom.  Do you know anyone else on the jury panel?

**Eligibility & Competence**

8.      Do you live outside the District of Columbia?

9.      Are you taking any medication or do you have any physical condition that would impair your ability to remain alert, pay attention, and observe the evidence presented at trial?

10.      Do you have any difficulty reading, speaking, or understanding English?

**Experience with the Legal System**

11.      Have you, members of your family, or close personal friends had legal training or experience or worked for a lawyer or law firm?

**Case-Specific Details**

12.      Have you, members of your family, or close personal friends ever filed a discrimination claim or lawsuit against anyone?

13.      Have you, members of your family, or close personal friends ever had a discrimination claim or lawsuit filed against you or them?

**Following Instructions; Unanimity**

14.      Jurors are the sole judges of the facts, but they must follow the principles of law as I instruct. The jury may not follow some rules of law and ignore others. And even if the jury

disagrees or dislikes a rule of law, or does not understand the reasons for some of the rules, it is the jury's duty to follow them. Do you have any personal beliefs that would make it difficult to follow my legal instructions, whatever they may be?

15.     To reach a verdict on a particular charge, the jury must deliberate and be unanimous. Would you be unable to express your opinions to other jurors in deliberations even if they disagree?

**Hardship; Catch-all**

16.     Do you have any health or physical problems that would make it difficult to serve on this jury?

17.     Would any of you be uncomfortable with individuals in the courtroom not wearing masks?

18.     We expect the presentation of evidence in this case to conclude sometime next week. After the close of the evidence, the jury will deliberate until it reaches a decision. Would serving as a juror in this case be an extreme hardship to you? And by this I mean extreme. Serving on a jury is often inconvenient. What I'm asking whether serving on this jury would be very difficult for you.

19.     My final question is what I call my "catch-all question." This asks whether there is any other reason that I have not asked about that might make it difficult for you to sit fairly, impartially, and attentively as a juror. Perhaps you have a religious, moral, or philosophical reason, or strong personal or political beliefs, that you believe would make it hard for you to be a fair and impartial juror. In sum, is there some reason that I have not already mentioned that would make it difficult for you to sit as a fair and impartial juror in this case?